McGREGOR W. SCOTT
United States Attorney
LUCILLE GONZALES MEIS
Regional Chief Counsel, Region IX
Social Security Administration
MARK A. WIN
Special Assistant United States Attorney

    333 Market Street, Suite 1500
    San Francisco, California 94105
    Telephone:  (415) 977-8980
    Facsimile:  (415) 744-0134
    E-Mail: Mark.Win@ssa.gov

Attorneys for Defendant

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALBERT BARRETT,         ) | CIVIL NO. 1:07-CV-01418-GSA |
|     Plaintiff,               ) | |
|             v.                  ) | STIPULATION AND ORDER GRANTING EXTENSION OF TIME TO RESPOND |
| MICHAEL J. ASTRUE,    ) | |
| Commissioner of              ) | |
| Social Security,             ) | |
|     Defendant.           ) | |

      IT IS HEREBY STIPULATED by the parties, through their undersigned attorneys, and with the approval of the Court as provided below, that Defendant shall have a first extension of time of forty-five (45) days to respond to Plaintiff's Complaint.

      The parties further stipulate that the Court's Scheduling Order shall be modified accordingly.

                                         Respectfully submitted,

Dated: January 31, 2008          /s/ *Robert D. Christenson*
                                         (As authorized via facsimile)
                                         ROBERT D. CHRISTENSON
                                         Attorney for Plaintiff

| | |
|---|---|
| Dated: January 31, 2008 | McGREGOR W. SCOTT<br>United States Attorney<br>LUCILLE GONZALES MEIS<br>Regional Chief Counsel, Region IX<br>Social Security Administration |
| | /s/ *Mark A. Win*<br>MARK A. WIN<br>Special Assistant U.S. Attorney |

IT IS SO ORDERED.

**Dated:   February 1, 2008**             /s/ **Gary S. Austin**
                                          UNITED STATES MAGISTRATE JUDGE